```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                              CASE NO. 05 B 24210
   MYRA KELLY
                                                    CHAPTER 13

                                                    JUDGE: BRUCE W BLACK

              Debtor
   SSN XXX-XX-3196


-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 06/17/05 and confirmed on 09/19/05.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $  30718.08 .

   4.   The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------------

MIDLAND MORTGAGE CO        CURRENT MORTG         .00             .00            .00
MIDLAND MORTGAGE CO        MORTGAGE ARRE      2466.40            .00         2466.40
GMAC PAYMENT CENTER        SECURED VEHIC      2900.00         106.41         2900.00
ILLINOIS DEPT REVENUE      PRIORITY            379.11           2.52          379.11
AMERICAN GENERAL FINANCE   UNSECURED          1467.15          62.93         1467.15
ASSET ACCEPTANCE CORP      UNSECURED           146.00           6.56          146.00
CAPITAL ONE BANK           UNSECURED           852.55          36.58          852.55
CAPITAL ONE BANK           UNSECURED           900.13          38.63          900.13
CAPITAL ONE BANK           UNSECURED           790.79          33.94          790.79
ROUNDUP FUNDING LLC        UNSECURED          1240.70          53.22         1240.70
DIRECT MERCHANTS BANK      UNSECURED         NOT FILED          .00             .00
PREMIER BANKCARD/CHARTER   UNSECURED           654.77          28.11          654.77
GATEWAY                    UNSECURED         NOT FILED          .00             .00
HSBC                       UNSECURED         NOT FILED          .00             .00
INTERNAL REVENUE SERVICE   UNSECURED          1064.30          45.66         1064.30
INTERNAL REVENUE SERVICE   PRIORITY           2434.84          16.21         2434.84
UNITED COLLECTIONS         UNSECURED          1343.00          57.64         1343.00
MIDLAND CREDIT MGMT        UNSECURED         NOT FILED          .00             .00
MUTUAL HOSPITAL SERVICES   UNSECURED         NOT FILED          .00             .00
MUTUAL HOSPITAL SERVICES   UNSECURED         NOT FILED          .00             .00
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------------

JEFFERSON CAPITAL SYSTEM   UNSECURED          1183.65          50.80         1183.65
PORTFOLIO RECOVERY ASSOC   UNSECURED          2759.97         118.41         2759.97
JEFFERSON CAPITAL SYSTEM   UNSECURED           898.90          38.59          898.90
RUSH PRESBYTERIAN ST LUK   UNSECURED         NOT FILED          .00             .00
SBC AMERITECH              UNSECURED         NOT FILED          .00             .00
WOLPOFF & ABARAMSON        UNSECURED         NOT FILED          .00             .00
BECKET & LEE LLP           UNSECURED           695.41          29.85          695.41
```

```
GMAC PAYMENT CENTER        UNSECURED         18.83           .42         18.83
ILLINOIS DEPT REVENUE      UNSECURED       1505.68         64.62       1505.68
LAKE STATE CAPITAL         UnSECURED       1243.22         29.30       1243.22
```

Summary of disbursements:

|                    | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL    |
|--------------------|----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 5366.40  | 2813.95  | 16765.05  | .00   | 24945.40 |
| PRINCIPAL PAID     | 5366.40  | 2813.95  | 16765.05  | .00   | 24945.40 |
| INTEREST PAID      |  106.41  |   18.73  |   695.26  | .00   |   820.40 |
| TOTAL PAID         | 5472.81  | 2832.68  | 17460.31  | .00   | 25765.80 |

The Debtor's attorney, ERNESTO D BORGES JR            , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $    1180.53 .

Refunds to the Debtor totaled $    1071.75 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/08/08                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE